■ Daniel O'Sullivan, Individually and as Natural Parent and Guardian of Colleen O'Sullivan, an Infant, Appellant, v Frederick Baldwin et al., Respondents. — Order unanimously affirmed, without costs, for the reasons stated at Special Term, Lynch, J. (Appeal from order of Onondaga Supreme Court, Lynch, J. — summary judgment.) Present — Dillon, P.J., Hancock, Jr., Callahan, Doerr and Schnepp, JJ.

■ In the Matter of Richard Davis et al., Appellants, v Board of Education of the West Seneca Central School District et al., Respondents. — Judgment affirmed, without costs. All concur, Dillon, P.J., not participating. (Appeal from judgment of Erie Supreme Court, Cook, J. — art 78 — recover salary deduction.) Present — Dillon, P.J., Hancock, Jr., Callahan, Doerr and Schnepp, JJ.

■ In the Matter of Richard L. Woll et al., Respondents-Appellants, v Stanley B. Zagora et al., Appellants-Respondents. — Order, insofar as it denied counsel fees, unanimously affirmed, without costs, and appeal otherwise dismissed as moot. (Appeals from order of Erie Supreme Court, Green, J. — local law — Public Officers Law, § 102.) Present — Simons, J.P., Hancock, Jr., Denman, Moule and Schnepp, JJ.

■ The People of the State of New York, Respondent, v Francis Joseph Pugliese, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford*, 71 AD2d 38). (Appeal from judgment of Oneida County Court, Darrigrand, J. — criminal sale controlled substance, second degree.) Present — Dillon, P.J., Simons, Doerr, Moule and Schnepp, JJ.

■ Richard Knapp, Jr., Respondent, v Michael A. Shoemaker, Appellant. — Motion for reargument granted, and upon reargument, order entered July 9, 1981 granting defendant summary judgment dismissing the complaint vacated, motion for summary judgment denied under constraint of *Gager v White* (53 NY2d 475), and order appealed from unanimously affirmed. Present — Cardamone, J.P., Callahan, Doerr, Denman and Moule, JJ.

■ In the Matter of Joseph Cox et al., Petitioners, v Zoning Board of Appeals of the City of Buffalo et al., Respondents. — Motion for permission to appeal from order of Supreme Court, Erie County denied; appeal dismissed on ground order not appealable as of right (see CPLR 5701, subd [b], par 1).